---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973)-677-9000
David G. Beslow, Esq. - #DGB-5300

*Attorneys for Debtor, Adolph Cubelo*

---

**Order Filed on September 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

---

In Re:

**ADOLPH CUBELO**

Debtor

Case No.: 20-20263

Chapter: 13

Hearing Date: 9/23/2020

Judge: SLM

## ORDER CONTINUING THE AUTOMATIC STAY
## AS TO ALL CREDITORS

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 23, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor: Adolph Cubelo
Case No.: 20-20263/SLM - Chapter 13
Caption: Order Continuing the Automatic Stay as to All Secured Creditors

---

**THIS MATTER** being opened to the Court by David G. Beslow, Esq., attorney for the debtor, Adolph Cubelo, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED**, that the automatic stay imposed under 11 U.S.C. §362(a) is hereby continued for the duration of this Chapter 13 proceeding or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief is granted under §362(d).