**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey  07017
(973)-677-9000
David G. Beslow, Esq. - #DGB-5300

*Attorneys for Debtor, Adolph Cubelo*

**Order Filed on September 23, 2020**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 20-20263 |
| **ADOLPH CUBELO** | Chapter:    13 |
| Debtor | Hearing Date: 9/23/2020 |
| | Judge:    SLM |

## ORDER CONTINUING THE AUTOMATIC STAY
## AS TO ALL CREDITORS

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: September 23, 2020**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| **Page:** | **2** |
| **Debtor:** | **Adolph Cubelo** |
| **Case No.:** | **20-20263/SLM - Chapter 13** |
| **Caption:** | **Order Continuing the Automatic Stay as to All Secured Creditors** |

**THIS MATTER** being opened to the Court by David G. Beslow, Esq., attorney for the debtor, Adolph Cubelo, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the automatic stay imposed under 11 U.S.C. §362(a) is hereby continued for the duration of this Chapter 13 proceeding or until such time as the stay is terminated under §362 (c)(1) or (c) (2), or a motion for relief is granted under §362(d).

United States Bankruptcy Court
District of New Jersey

In re:
Adolph Cubelo
        Debtor

Case No. 20-20263-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                Page 1 of 1                Date Rcvd: Sep 23, 2020
                           Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db              +Adolph Cubelo,    67 Elm Street,    North Arlington, NJ 07031-6519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
          David G. Beslow    on behalf of Debtor Adolph   Cubelo yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    LoanCare, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 4