Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20263−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adolph Cubelo
   67 Elm Street
   North Arlington, NJ 07031

Social Security No.:
   xxx−xx−9955

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              11/13/20
Time:              08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**　　　　If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 24, 2020
JAN: wdh

　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-20263-SLM
Adolph Cubelo                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 24, 2020
                              Form ID: 132             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
```
db             +Adolph Cubelo,    67 Elm Street,    North Arlington, NJ 07031-6519
518947038      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518947039      +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518947043     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
518947040      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518947045      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518947042      +Bank of America,    Attn: Bankruptcy,    4909 Savarese Circle,    Tampa, FL 33634-2413
518953746      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518947051      +Citibank,    P.O. Box 111,    Fort Lee, NJ 07024-0111
518947050       Citibank,    P.O. Box 5870,    Grand Central Station,    New York, NY 10163-5870
518947052      +Citibank NA,    P.O. Box 183064,    Columbus, OH 43218-3064
518947053      +Citibank, N.A.,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
518947055      +Ditech,    Po Box 6172,    Rapid City, SD 57709-6172
518947054      +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
518947056       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518947057      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
518947058      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
518947059      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
518947062      +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
518947061      +LoanCare LLC,    Attn: Consumer Solutions Dept,    Po Box 8068,    Virginia Beach, VA 23450-8068
518947065      +New Rez,    PO Box 8068,    Virginia Beach, VA 23450-8068
518947070      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
518947074     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    4 Gatehall Dr,    Parsippany, NJ 07054)
518947077      +Toyota Lease Trust c/o,    Toyota Motor Credit,    PO Box 9013,    Addison, TX 75001-9013
518947079       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
518947080      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2020 00:15:46      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2020 00:15:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518947047      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 00:21:02      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518947046      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 00:20:31      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518947060       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 25 2020 00:15:16      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
518947048       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 25 2020 00:20:29      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518947049       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 25 2020 00:21:34      Chase Card Services,
                 Po Box 15369,    Wilmington, DE 19850
518947063       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 00:21:11      LVNV Funding,
                 PO Box 10587,    Greenville, SC 29603-0587
518952845       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 00:20:38      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518947066      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 00:20:39
                 Resurgent Capital SErvices,    P.O. Box 19006,    Greenville, SC 29602-9006
518947068      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 00:21:14
                 Resurgent Capital Services, L.P.,    P.O. Box 10826,    Greenville, SC 29603-0826
                                                                                              TOTAL: 11
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518947044*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
518947041*     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518947064*      LVNV Funding,    PO Box 10587,    Greenville, SC 29603-0587
518947067*     +Resurgent Capital Services,    P.O. Box 19006,    Greenville, SC 29602-9006
518947069*     +Resurgent Capital Services, L.P.,    P.O. Box 10826,    Greenville, SC 29603-0826
518947075*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    4 Gatehall Dr,    Parsippany, NJ 07054)
518947076*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    4 Gatehall Dr,    Parsippany, NJ 07054)
518947071*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518947072*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
```

```
District/off: 0312-2             User: admin                    Page 2 of 2                   Date Rcvd: Sep 24, 2020
                                 Form ID: 132                   Total Noticed: 37


          ***** BYPASSED RECIPIENTS (continued) *****
518947073*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518947078*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit,    4 Gatehall Dr,    Parsippany, NJ 07054)
                                                                                              TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Adolph  Cubelo yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   LoanCare, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```