UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  Adolph Cubelo | CASE NO: 20-20263 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 14 |
| | Judge: SLM |

On 9/28/2020, I did cause a copy of the following documents, described below,

Filed Copy of Order Continuing The Automatic Stay as to All Creditors ECF Docket Reference No. 14

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/28/2020

/s/ David G. Beslow, Esq.
David G. Beslow, Esq.  5300
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017
973 677 9000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  Adolph Cubelo | CASE NO: 20-20263 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 14<br>Judge: SLM |

On 9/28/2020, a copy of the following documents, described below,

Filed Copy of Order Continuing The Automatic Stay as to All Creditors ECF Docket Reference No. 14

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/28/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow, Esq.
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED THROUGH USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | AMEX |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03122<br>CASE 20-20263<br>DISTRICT OF NEW JERSEY<br>NEWARK<br>WED SEP 2 11-30-30 EDT 2020 | ~~US BANKRUPTCY COURT~~<br>~~MLK JR FEDERAL BUILDING~~<br>~~50 WALNUT STREET~~<br>~~NEWARK NJ 07102-3550~~ | PO BOX 981537<br>EL PASO TX 79998-1537 |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITIBANK<br>PO BOX 5870<br>GRAND CENTRAL STATION<br>NEW YORK NY 10163-5870 | DITECH<br>ATTN BANKRUPTCY<br>PO BOX 6172<br>RAPID CITY SD 57709-6172 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV FUNDING<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LOANCARE LLC<br>ATTN CONSUMER SOLUTIONS DEPT<br>PO BOX 8068<br>VIRGINIA BEACH VA 23450-8068 | NEW REZ<br>PO BOX 8068<br>VIRGINIA BEACH VA 23450-8068 |
| RESURGENT CAPITAL SERVICES<br>PO BOX 19006<br>GREENVILLE SC 29602-9006 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>50 BARRACK STREET<br>PO BOX 269<br>TRENTON NJ 08602-0269 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| TOYOTA LEASE TRUST CO<br>TOYOTA MOTOR CREDIT<br>PO BOX 9013<br>ADDISON TX 75001-9013 | US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235 | ADOLPH CUBELO<br>67 ELM STREET<br>NORTH ARLINGTON NJ 07031-6519 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED THROUGH USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM