Certificate Number: 14424-NJ-DE-035018920

Bankruptcy Case Number: 20-20263



14424-NJ-DE-035018920

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2020, at 7:28 o'clock PM EDT, Adolph Cubelo completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    October 25, 2020               By:    /s/Mabelyn  Ramirez

                                        Name:  Mabelyn  Ramirez

                                        Title: Instructor