Certificate Number: 14424-NJ-DE-035018920

Bankruptcy Case Number: 20-20263



14424-NJ-DE-035018920

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 25, 2020</u>, at <u>7:28</u> o'clock <u>PM EDT</u>, <u>Adolph Cubelo</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>October 25, 2020</u>          By:    <u>/s/Mabelyn Ramirez</u>

Name:  <u>Mabelyn Ramirez</u>

Title:   <u>Instructor</u>