Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 20−20263−SLM  
Chapter: 13  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Adolph Cubelo  
   67 Elm Street  
   North Arlington, NJ 07031

Social Security No.:  
   xxx−xx−9955

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date: 12/15/20  
Time: 02:30 PM  
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)  
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES  
$2095.65

EXPENSES  
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

   ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 24, 2020
JAN:

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20263-SLM |
| Adolph Cubelo | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 24, 2020 | Form ID: 137 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adolph Cubelo, 67 Elm Street, North Arlington, NJ 07031-6519 |
| 518947038 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518947039 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518947043 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518947040 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518947045 | + | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518947042 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518953746 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518947050 | | Citibank, P.O. Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 518947051 | + | Citibank, P.O. Box 111, Fort Lee, NJ 07024-0111 |
| 518947052 | + | Citibank NA, P.O. Box 183064, Columbus, OH 43218-3064 |
| 518947053 | + | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 518947055 | + | Ditech, Po Box 6172, Rapid City, SD 57709-6172 |
| 518947054 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 518947056 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518947057 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518947058 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 518947059 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 518947061 | + | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 518947062 | + | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518947065 | + | New Rez, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518947070 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 518947074 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518947077 | + | Toyota Lease Trust c/o, Toyota Motor Credit, PO Box 9013, Addison, TX 75001-9013 |
| 518947079 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518947080 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518947046 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:28:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518947047 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:26:12 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518987200 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 24 2020 22:28:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 137 | Total Noticed: 38 |

| Recip ID | Bypass Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Ave, Oklahoma City, OK 73118-7901 |
| 518947060 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2020 21:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518947048 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2020 22:26:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518947049 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2020 22:26:11 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518947063 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:27:34 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 518952845 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:28:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518947066 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:27:35 | Resurgent Capital SErvices, P.O. Box 19006, Greenville, SC 29602-9006 |
| 518947068 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:28:51 | Resurgent Capital Services, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518947044 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518947041 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518947064 | * | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 519017766 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518947067 | *+ | Resurgent Capital Services, P.O. Box 19006, Greenville, SC 29602-9006 |
| 518947069 | *+ | Resurgent Capital Services, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 518947075 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518947076 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518947071 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518947072 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518947073 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518947078 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020        Signature:        /s/Joseph Speetjens

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Nov 24, 2020 Form ID: 137 Total Noticed: 38

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David G. Beslow | on behalf of Debtor Adolph Cubelo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | on behalf of Creditor LoanCare  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Adolph Cubelo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5