GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re: ADOLPH CUBELO  
67 ELM STREET  
NORTH ARLINGTON,  NJ  07031

Atty: GOLDMAN & BESLOW, LLC  
ATTORNEYS AT LAW  
7 GLENWOOD AVE, SUITE 311B  
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-20263

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $10,800.00**

### RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/05/2020 | $300.00 | 7134032000 | 11/02/2020 | $300.00 | 7206050000 |
| 12/07/2020 | $300.00 | 7290656000 | 01/08/2021 | $300.00 | 7365034000 |

**Total Receipts: $1,200.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,200.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 90.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,095.65 | 100.00% | 832.50 | 1,263.15 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 6,690.39 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 11,447.43 | * | 0.00 | |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 497.59 | * | 0.00 | |
| 0009 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | DITECH | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0022 | LVNV FUNDING LLC | UNSECURED | 8,627.42 | * | 0.00 | |
| 0024 | LOANCARE INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0028 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TOYOTA MOTOR CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | LVNV FUNDING LLC | UNSECURED | 806.85 | * | 0.00 | |
| 0038 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $922.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $1,200.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $922.50     =     Funds on Hand: $277.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.