UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s), Adolph Cubelo

In Re:

ADOLPH CUBELO

Order Filed on May 7, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-20263

Chapter: 13

Judge: SLM

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 7, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on September 17, 2020 :

Property: 67 Elm Street, North Arlington, New Jersey 07031

Creditor: NewRez

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including May 31, 2021 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2