GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re:  ADOLPH CUBELO
    67 ELM STREET
    NORTH ARLINGTON, NJ  07031

Atty:  GOLDMAN & BESLOW, LLC
    ATTORNEYS AT LAW
    7 GLENWOOD AVE, SUITE 311B
    EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 20-20263

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $8,100.00**

### RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/05/2020 | $300.00 | 7134032000 | 11/02/2020 | $300.00 | 7206050000 |
| 12/07/2020 | $300.00 | 7290656000 | 01/08/2021 | $300.00 | 7365034000 |
| 02/08/2021 | $300.00 | 7436774000 | 03/04/2021 | $300.00 | 7502112000 |
| 04/09/2021 | $300.00 | 7588477000 | 05/07/2021 | $300.00 | 7657673000 |
| 06/07/2021 | $300.00 | 7725137000 | 07/12/2021 | $200.00 | 7805869000 |
| 08/13/2021 | $200.00 | 7876955000 | 09/24/2021 | $200.00 | 7967042000 |
| 10/18/2021 | $200.00 | 8017348000 | 11/05/2021 | $200.00 | 8065151000 |
| 12/06/2021 | $200.00 | 8128104000 | 01/12/2022 | $200.00 | 8205060000 |

**Total Receipts: $4,100.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,100.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 06/21/2021 | $30.71 | 872,131 | 06/21/2021 | $52.55 | 872,131 |
| | 07/19/2021 | $67.22 | 873,935 | 07/19/2021 | $115.01 | 873,935 |
| | 08/16/2021 | $44.81 | 875,618 | 08/16/2021 | $76.67 | 875,618 |
| | 09/20/2021 | $44.78 | 877,345 | 09/20/2021 | $76.68 | 877,345 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 07/19/2021 | $7.28 | 873,989 | 09/20/2021 | $6.67 | 877,401 |
| LVNV FUNDING LLC | | | | | | |
| | 06/21/2021 | $39.60 | 872,502 | 07/19/2021 | $86.68 | 874,279 |
| | 07/19/2021 | $11.81 | 874,279 | 08/16/2021 | $57.78 | 875,972 |
| | 08/16/2021 | $5.40 | 875,972 | 09/20/2021 | $57.80 | 877,723 |
| | 09/20/2021 | $5.41 | 877,723 | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 20-20263**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 269.49 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,589.85 | 100.00% | 2,853.65 | 736.20 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 6,690.39 | * | 187.52 | |
| 0004 | BANK OF AMERICA | UNSECURED | 11,447.43 | * | 320.91 | |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 497.59 | * | 13.95 | |
| 0009 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | DITECH | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0022 | LVNV FUNDING LLC | UNSECURED | 8,627.42 | * | 241.86 | |
| 0024 | LOANCARE INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0028 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | TOYOTA MOTOR CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | LVNV FUNDING LLC | UNSECURED | 806.85 | * | 22.62 | |
| 0038 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $3,910.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $4,100.00    -    Paid to Claims: $786.86    -    Admin Costs Paid: $3,123.14    =    Funds on Hand: $190.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.