UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Loancare, LLC

In Re:

Adolph Cubelo,

Debtor.

Case No.:      20-20263-SLM

Chapter:            13

Hearing Date:    04/13/2022

Judge:           Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter:  Motion for Relief re: 67 Elm Street, North Arlington, NJ (Docket # 63)

_____

Date: 04/08/2022                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*