Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−20263−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Adolph Cubelo
    67 Elm Street
    North Arlington, NJ 07031

Social Security No.:
    xxx−xx−9955

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 14, 2022.

Dated: July 14, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-20263-SLM

Adolph Cubelo                                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adolph Cubelo, 67 Elm Street, North Arlington, NJ 07031-6519 |
| 518947051 | + | Citibank, P.O. Box 111, Fort Lee, NJ 07024-0111 |
| 518947050 | | Citibank, P.O. Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 518947052 | + | Citibank NA, P.O. Box 183064, Columbus, OH 43218-3064 |
| 518947055 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 518947054 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 518947065 | + | New Rez, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518947070 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518947038 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2022 20:38:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518947039 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2022 20:38:31 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518947043 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2022 20:28:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518947042 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2022 20:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518947045 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2022 20:28:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518947040 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2022 20:28:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518953746 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 14 2022 20:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518947046 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 20:38:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518947047 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 20:38:03 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518987200 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2022 20:38:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518947053 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| | | Jul 14 2022 20:38:20 | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 518947056 | ^ MEBN | | |
| | | Jul 14 2022 20:25:30 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518947057 | ^ MEBN | | |
| | | Jul 14 2022 20:25:31 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518947058 | ^ MEBN | | |
| 518947059 | ^ MEBN | Jul 14 2022 20:26:38 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| | | Jul 14 2022 20:26:11 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 518947060 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 14 2022 20:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518947048 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 14 2022 20:38:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518947049 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 14 2022 20:38:26 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518947063 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 14 2022 20:38:18 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 518952845 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 14 2022 20:38:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518947062 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jul 14 2022 20:29:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518947061 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jul 14 2022 20:29:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 518947066 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 14 2022 20:38:07 | Resurgent Capital SErvices, P.O. Box 19006, Greenville, SC 29602-9006 |
| 518947068 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 14 2022 20:38:07 | Resurgent Capital Services, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 518947074 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jul 14 2022 20:29:00 | Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518947071 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jul 14 2022 20:29:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518947078 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jul 14 2022 20:29:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518947077 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jul 14 2022 20:29:00 | Toyota Lease Trust c/o, Toyota Motor Credit, PO Box 9013, Addison, TX 75001-9013 |
| 518947079 | ^ MEBN | | |
| | | Jul 14 2022 20:26:16 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518947080 | ^ MEBN | | |
| | | Jul 14 2022 20:26:20 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518947044 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518947041 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518947064 | * | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 519017766 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518947067 | *+ | Resurgent Capital Services, P.O. Box 19006, Greenville, SC 29602-9006 |
| 518947069 | *+ | Resurgent Capital Services, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 518947075 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, |

|  |  | Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
|---|---|---|
| 518947076 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 518947072 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518947073 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Adolph Cubelo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor LoanCare  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Adolph Cubelo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5