Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20263−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adolph Cubelo
   67 Elm Street
   North Arlington, NJ 07031

Social Security No.:
   xxx−xx−9955

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/10/23 at 10:00 AM

to consider and act upon the following:

*81* − Objection to Application for Compensation (related document:80 Application for Compensation for David G. Beslow, Debtor's Attorney, period: 2/18/2022 to 7/20/2022, fee: $400.00, expenses: $. Filed by David G. Beslow. Objection deadline is 5/2/2023. (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Adolph Cubelo) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/2/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court