| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> *Caption in Compliance with D.N.J. LBR 9004-2(c)* <br><br> GOLDMAN & BESLOW, LLC <br> Attorneys at Law <br> 7 Glenwood Avenue - Suite 311B <br> East Orange, New Jersey   07017 <br> (973)-677-9000 <br> David G. Beslow, Esq. #DGB-5300 <br><br> *Attorneys for Debtor(s), Adolph Cubelo* | Order Filed on May 10, 2023 <br> by Clerk, <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> **ADOLPH CUBELO,** <br><br> Debtor | Case No.: 20-20263 <br><br> Chapter:   13 <br><br> Judge:    SLM |

### REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: May 10, 2023

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:        2
Debtor(s):   Adolph Cubelo
Case No.:    20-20263/SLM

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $775.00 for services rendered and expenses in the amount of $ 3.12 for a total of $778.12 of which $0 has already been received by said attorney and to which a goodwill discount of $378.12 shall be applied and of which the balance of $400.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

   XX through the Chapter 13 Plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.