| UNITED STATES BANKRUPTCY COURT NEW JERSEY | |
|---|---|
| In Re: **Adolph Cubelo** | Case No. **20-20263** <br> Chapter: **13** <br> Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Adolph Cubelo**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 07/30/2024        _Adolph Cubelo_
                        **Adolph Cubelo**
                        Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18