| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Adolph Cubelo<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9955<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  20–20263–SLM | | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Adolph Cubelo

9/9/24                                                      **By the court:** Stacey L. Meisel
                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Adolph Cubelo  
    Debtor

Case No. 20-20263-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 09, 2024      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adolph Cubelo, 67 Elm Street, North Arlington, NJ 07031-6519 |
| 518947051 | + | Citibank, P.O. Box 111, Fort Lee, NJ 07024-0111 |
| 518947050 | | Citibank, P.O. Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 518947052 | + | Citibank NA, P.O. Box 183064, Columbus, OH 43218-3064 |
| 519754155 | + | Citigroup Mortgage Loan Trust 2022-A, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519754156 | + | Citigroup Mortgage Loan Trust 2022-A, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Citigroup Mortgage Loan Trust 2022-A Serviced by Select Portfolio Servicing, |
| 518947055 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 518947054 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 518947070 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518947038 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 20:48:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518947039 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 20:48:06 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518947043 | + | EDI: BANKAMER | Sep 10 2024 00:20:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518947042 | + | EDI: BANKAMER | Sep 10 2024 00:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518947045 | + | EDI: BANKAMER | Sep 10 2024 00:20:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518947040 | + | EDI: BANKAMER | Sep 10 2024 00:20:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518953746 | + | EDI: BANKAMER2 | Sep 10 2024 00:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518947046 | + | EDI: CAPITALONE.COM | Sep 10 2024 00:20:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518947047 | + | EDI: CAPITALONE.COM | Sep 10 2024 00:20:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518987200 | + | EDI: AIS.COM | Sep 10 2024 00:20:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 518947053 | + | EDI: CITICORP | Sep 10 2024 00:20:00 | Citibank, N.A., 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 518947056 | | Email/Text: bankruptcycourts@equifax.com | Sep 09 2024 20:33:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518947057 | | Email/Text: bankruptcycourts@equifax.com | Sep 09 2024 20:33:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 518947058 | ^ | MEBN | Sep 09 2024 20:33:22 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 518947059 | ^ | MEBN | Sep 09 2024 20:32:19 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 518947060 | | EDI: IRS.COM | Sep 10 2024 00:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518947048 | | EDI: JPMORGANCHASE | Sep 10 2024 00:20:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518947049 | | EDI: JPMORGANCHASE | Sep 10 2024 00:20:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518947063 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:59:12 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 518952845 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:48:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518947062 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 09 2024 20:33:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518947061 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 09 2024 20:33:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 518947065 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 09 2024 20:33:00 | New Rez, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518947066 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:47:41 | Resurgent Capital SErvices, P.O. Box 19006, Greenville, SC 29602-9006 |
| 518947068 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:59:17 | Resurgent Capital Services, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 518947071 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 09 2024 20:33:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518947074 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 09 2024 20:33:00 | Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054-4511 |
| 518947077 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 09 2024 20:33:00 | Toyota Lease Trust c/o, Toyota Motor Credit, PO Box 9013, Addison, TX 75001-9013 |
| 518947078 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 09 2024 20:33:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 518947079 | ^ | MEBN | Sep 09 2024 20:32:37 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518947080 | ^ | MEBN | Sep 09 2024 20:32:42 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518947044 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518947041 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518947064 | * | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 519017766 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

Case 20-20263-SLM    Doc 98    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 42 |

| | | |
|---|---|---|
| 518947067 | *+ | Resurgent Capital Services, P.O. Box 19006, Greenville, SC 29602-9006 |
| 518947069 | *+ | Resurgent Capital Services, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 518947072 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518947073 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518947075 | *+ | Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054-4511 |
| 518947076 | *+ | Toyota Financial Services, 4 Gatehall Dr, Parsippany, NJ 07054-4511 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Adolph Cubelo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor LoanCare  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Adolph Cubelo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5